UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-6  Paul Anthony Darrah,

    Defendant.

Criminal No. 11-cr-20129

Honorable Robert H. Cleland

## ORDER OF DISMISSAL

For the reasons stated in the government's motion for leave to dismiss Count 25 of the Third Superseding Indictment as to defendant D-6  Paul Anthony Darrah is granted, and that Count 25 is hereby dismissed as to this particular defendant.

                                            s/Robert H. Cleland
                                            Hon. Robert H. Cleland
                                            United States District Judge

Entered: September 25, 2014