UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 11-20129
                                                  Case No. 11-20006

PAUL ANTHONY DARRAH,

    Defendant.
_____/

**ORDER DENYING DEFENDANT DARRAH'S "EMERGENCY MOTION FOR BOND"**

Before the court is Defendant Paul Anthony Darrah's "Emergency Motion for Bond." In the motion, Defendant Darrah's counsel presents that he is in immediate medical need of release from confinement. Counsel states, based largely on information provided by Darrah, that his condition is not able to be monitored and addressed at Wayne County Jail. In a previous motion to lift the conditions of the protective order, counsel similarly sought relief from jail conditions, as represented by her client. After the court sought additional information, it found that Defendant Darrah's portrayal of the conditions to be vastly different than the actual situation. Thus, after reviewing the instant motion, and hearing argument by counsel, the court requested, through the Marshal Office, an update from Wayne County Jail. The Marshal Office then forwarded the following email from Dr. Thomas Clafton:

> I have been asked to send a synopsis of Mr. Darrah's medical condition.
>
> The patient is a 50 year old male in stable condition. His current diagnoses include severe sleep apnea that required a tracheostomy , chronic obstructive pulmonary disease requiring supplemental oxygen, hypertension and history of myocardial infarction being treated with medication for blood pressure and cholesterol, diabetes well controlled w/

insulin and medication, history of stroke w/ residual left leg weakness, recurrent venous blood clots that resulted in clots to the lungs( pulmonary embolisms) treated with coumadin for chronic anti-coagulation. He is under care of the psychiatric services of the jail.

While in our custody for over two years , Mr. Darrah has seen specialists for infections associated with his tracheostomy(permanent opening in neck for respiration), Neurology for back and neck pain whose evaluation is ongoing. Recently he developed a moderate anemia with an undetermined etiology. He is awaiting a hematology consult as well as a colonoscopy.

During examinations, he does not require oxygen and is able to ambulate short distances with a walker, but for longer distances he requires a wheelchair and supplemental oxygen. He resides in our special housing area.

Please contact me for if further detail is required.

Based on this email, and further questioning of counsel, the court determined that Defendant Darrah's condition is effectively stable, that he is receiving sufficient treatment at Wayne County Jail, and that no new information exists to justify revisiting the propriety of continued detention. *See United States v. Watson,* 475 F. App'x 598, 600 (6th Cir. 2012) (citing 18 U.S.C. § 3142(f)(2)(B)).  For these reasons, and for those further stated on the record,

IT IS ORDERED that Defendant Darrah's "Emergency Motion for Bond" (Dkt. # 1037) is DENIED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2014, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-20129.DARRAH.EmergencyMotionBond.wpd