UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                      Case No. 2:11−cr−20129−RHC−MAR
                                       Hon. Robert H. Cleland

Scott William Sutherland, et al.,

          Defendant(s),

## NOTICE TO APPEAR

    The following defendant(s) are hereby notified to appear:  Scott Sutherland, Jeff Smith, Paul Darrah, Cary Van Diver, Vincent Witort, Patrick McKeoun, David Drozdowski,

    The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  December 12, 2014 at 02:30 PM

    **ADDITIONAL INFORMATION:**    ATTORNEYS ONLY

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/L. Wagner
                                                             Case Manager

Dated:  December 4, 2014