## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case #11-20129
Hon. Robert H. Cleland

v

SCOTT WILLIAM SUTHERLAND, et. al,
PAUL ANTHONY DARRAH, D-5,
    Defendants

_____

### ORDER DIRECTING CHANGE IN PAYMENT OF DEFENDANT PAUL DARRAH'S FINE

NOW COMES THE COURT, after reviewing Defendant's previously filed Motion and otherwise being fully advised of the premises herein, and hereby Orders that Defendant shall satisfy the payment of his court ordered fine by consistent, monthly payments of $25.00 (twenty five) dollars each month from his account while incarcerated in the BOP. This payment is in lieu of participation in the Inmate Financial Responsibility Program (IFRP) due to the reasons outlined in Defendant's Motion.

    IT IS SO ORDERED.

                                          s/Robert H. Cleland_____
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 7, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522
